IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALBERT N. GRATTAFIORI     PLAINTIFF

VS.     CAUSE NO.: 4:16-CV-004-MPM-JMV

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY     DEFENDANT

## AMENDED JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That, in light of the Jury Verdict and pursuant to paragraph 9(a)(2) of the Pretrial Order [Doc. 44], the plaintiff, ALBERT N. GRATTAFIORI, takes nothing from the defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

This, the 25th day of August, 2017.

                         JUDGE MICHAEL P. MILLS
                         UNITIED STATES DISTRICT COURT JUDGE

Agreed as to Form:

*/s/ Cheryl Ann Webster*
CHERYL ANN WEBSTER, MSB#7065
Attorney for Plaintiff

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant